1231 HARGNELL vs. LAFAYETTE BENEFIT SOCIETY, 47 M., 648.

To compel reinstatement of a member suspended for contumacious and willful violation of a rule.

Denied January 24, 1882.

1232 MEISTER vs. ANSHEI CHESED HEBREW CONGREGATION OF BAY CITY, 37 M., 542.

To compel a religious corporation to restore to membership a person whom it had expelled.

Denied October 30, 1877.

It appeared from the pleadings that the society had no property; that its existence would be imperiled if relator were restored; that he had acted in hostility to the society's interest; had given grounds for regular removal, and if restored might be at once expelled.

1233 DEMPSEY vs. NORTH MICH. CONFERENCE WESLEYAN METHODISTS, No. 12902, 98 M., 444.

To compel reinstatement of relator as a minister, who had been suspended from office, on the ground that he had no notice of trial, when it appears that he had actual notice, was present and participated.

Denied January 9, 1894, with costs.

Held, that the incidental irregularities of the trial are not subject to review in a mandamus proceeding.